# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| **DANIEL DEREK BENNETT** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 1:14-cv-064 |
| | ) | |
| vs. | ) | |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security** | ) | |
| | ) | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2015 Order.

July 8, 2015

Frank G. Johns, Clerk
United States District Court